# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## RESPONSE TO NOTICE TO ADVISE OF SCHEDULING CONFLICTS

**Case Number:** 22-1129

**Short Case Caption:** BASF Corporation v. Ingevity South Carolina, LLC

| | |
|---|---|
| **Party Name(s)** | Ingevity South Carolina, LLC |
| **Name of Arguing Counsel** | Brian M. Buroker |
| **Dates Unavailable**<br><br>List up to **ten dates** of unavailability within the specific sessions identified by the court in the Notice to Advise of Scheduling Conflicts in this case.<br><br>**Attach a statement showing good cause for each listed date.** Dates listed without a supporting statement will not be considered in scheduling argument. *See* Fed. Cir. R. 34(d); Practice Notes to Rule 34. | 02/06/2023<br>02/07/2023<br>02/08/2023<br>02/09/2023<br>02/10/2023<br>04/03/2023<br>04/04/2023<br>04/05/2023<br>04/06/2023<br>04/07/2023 |
| **Potential Other Conflicts**<br><br>Please list other pending cases before this court in which above counsel intends to argue (regardless of case status). | None |

I certify the above information and any attached statement is complete and accurate. I further certify that I will update my notice should new conflicts arise or existing conflicts change.

Date: 11/21/2022

Signature: /s/ Brian M. Buroker

Name: Brian M. Buroker

**Attachment to Form 32**

Mr. Buroker has a PTAB trial oral argument scheduled for February 1, 2023, in IPR2022-00063 and a PTAB trial oral argument scheduled for February 15, 2023, in two IPR proceedings—IPR2022-00062 and IPR2022-00064. Accordingly, it would be difficult, but not impossible, for him to present oral argument during the February Court week (February 6-10, 2023). Mr. Buroker therefore respectfully requests that oral argument in this case not be scheduled for February 6-10. If argument is scheduled during February, a date in the middle of the week (e.g., February 8 or 9) would be preferred.

Mr. Buroker also has a long-planned vacation with his family during April 3-7, 2023. Accordingly, it would be difficult, but, in candor, not impossible, for him to present oral argument during that week. Mr. Buroker therefore respectfully requests that argument not be set for the week of April 3-7. In the alternative, if the case is scheduled for oral argument during the April Court week, April 3 or 4 is requested.