FORM 32. Response to Notice to Advise of Scheduling Conflicts | Form 32
July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## RESPONSE TO NOTICE TO ADVISE OF SCHEDULING CONFLICTS

Case Number: 22-1129

Short Case Caption: BASF Corporation v. Ingevity South Carolina, LLC

| | |
|---|---|
| **Party Name(s)** | Ingevity South Carolina, LLC |
| **Name of Arguing Counsel** | Brian M. Buroker |
| **Dates Unavailable**<br><br>List up to **ten dates** of unavailability within the specific sessions identified by the court in the Notice to Advise of Scheduling Conflicts in this case.<br><br>**Attach a statement showing good cause for each listed date.** Dates listed without a supporting statement will not be considered in scheduling argument. *See* Fed. Cir. R. 34(d); Practice Notes to Rule 34. | 04/03/2023 |
| | 04/04/2023 |
| | 04/05/2023 |
| | 04/06/2023 |
| | 04/07/2023 |
| | 06/05/2023 |
| | 06/06/2023 |
| | 06/07/2023 |
| | 06/08/2023 |
| | 06/09/2023 |
| **Potential Other Conflicts**<br><br>Please list other pending cases before this court in which above counsel intends to argue (regardless of case status). | None |

I certify the above information and any attached statement is complete and accurate. I further certify that I will update my notice should new conflicts arise or existing conflicts change.

Date: 02/14/2023     Signature: /s/ Brian M. Buroker

Name: Brian M. Buroker

**Attachment to Form 32**

  Pursuant to the instruction on Form 32, Mr. Buroker is updating his Notice to show additional conflicts that have arisen since Form 32 was filed. Previously, the Court accepted conflict dates for April 3-7, 2023, due to a planned vacation. Those dates still present a conflict.

  In addition, Mr. Buroker identifies an additional conflict for June 5-9, 2023. During that time period, he will be on paid-for international travel to the South Pacific for his twenty-fifth wedding anniversary.