# United States Court of Appeals for the Federal Circuit

---

**BASF CORPORATION,**
*Appellant*

**v.**

**INGEVITY SOUTH CAROLINA, LLC,**
*Appellee*

---

2022-1129

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. PGR2020-00037.

---

## JUDGMENT

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED-IN-PART, VACATED-IN-PART, AND REMANDED**

FOR THE COURT

June 22, 2023
Date

/s/ Jarrett B. Perlow
Jarrett B. Perlow
Acting Clerk of Court